UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| COMMISSIONERS OF PUBLIC WORKS OF THE CITY OF CHARLESTON (d.b.a. Charleston Water System), Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) | C/A No. 2:21-cv-00042-RMG |
| Plaintiff, | ) ) | **MOTION TO DISMISS PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS COSTCO WHOLESALE CORPORATION, CVS HEALTH CORPORATION, AND TARGET CORPORATION** |
| Versus | ) ) | |
| COSTCO WHOLESALE CORPORATION, CVS HEALTH CORPORATION, KIMBERLY-CLARK CORPORATION, THE PROCTER & GAMBLE COMPANY, TARGET CORPORATION, WALGREENS BOOTS ALLIANCE, INC. and WAL-MART, INC., | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

The Defendants Costco Wholesale Corporation, CVS Health Corporation, and Target Corporation move the Court for an Order dismissing Plaintiff's Complaint in compliance with the doctrine of primary jurisdiction. The grounds for this Motion are set forth in the accompanying Memorandum in Support of Defendant's Motion to Dismiss Plaintiff's Complaint Against Defendants Costco Wholesale Corporation, CVS Health Corporation, and Target Corporation.

Respectfully submitted this 12th day of April 2021.

        **s/ Molly H. Craig**
        Molly H. Craig (6671)
        HOOD LAW FIRM, LLC
        172 Meeting St.
        Charleston, SC 29401
        Tel:      843.577.1215
        Email:   molly.craig@hoodlaw.com

        John Q. Lewis, admitted *pro hac vice*
        Michael R. Ruttinger, admitted *pro hac vice*
        Chelsea M. Croy Smith, admitted *pro hac vice*
        Tucker Ellis LLP
        950 Main Avenue, Suite 1100
        Cleveland, OH 44113
        Tel:      216.592.5000
        Fax:     216.592.5009
        Email:   john.lewis@tuckerellis.com
                    michael.ruttinger@tuckerellis.com
                    chelsea.smith@tuckerellis.com

        *Attorneys for Defendants Costco Wholesale Corporation, CVS Health Corporation, and Target Corporation*