UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| COMMISSIONERS OF PUBLIC WORKS OF THE CITY OF CHARLESTON (d.b.a. Charleston Water System), Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) | C/A No. 2:21-cv-00042-RMG |
| Plaintiff, | ) ) | **JOINT MOTION TO DISMISS PURSUANT TO RULE 12(b)(1) FOR LACK OF STANDING, AND, IN THE ALTERNATIVE, TO DISMISS PURSUANT TO RULE 12(b)(6) FOR FAILURE TO STATE A CLAIM** |
| Versus | ) ) | |
| COSTCO WHOLESALE CORPORATION, CVS HEALTH CORPORATION, KIMBERLY-CLARK CORPORATION, THE PROCTER & GAMBLE COMPANY, TARGET CORPORATION, WALGREENS BOOTS ALLIANCE, INC. and WAL-MART, INC., | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

The Defendants Costco Wholesale Corporation, CVS Health Corporation, The Procter & Gamble Company, Target Corporation, Walgreens Boots Alliance, Inc. and Wal-Mart, Inc. move the Court for an Order dismissing Plaintiff's Complaint Pursuant to Rule 12(b)(1) for Lack of Standing, and, in the Alternative, to Dismiss Pursuant to Rule 12(b)(6) for Failure to State a Claim. The grounds for this Motion are set forth in the accompanying Memorandum in Support.

Respectfully submitted,

/s/ Molly H. Craig
Molly H. Craig (6671)
HOOD LAW FIRM, LLC
172 Meeting St.
Charleston, SC 29401
Tel:		843.577.1215
Email:		molly.craig@hoodlaw.com


John Q. Lewis, admitted *pro hac vice*
Michael R. Ruttinger, admitted *pro hac vice*
Chelsea M. Croy Smith, admitted *pro hac vice*
Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
Tel:		216.592.5000
Fax:		216.592.5009
Email:		john.lewis@tuckerellis.com
		michael.ruttinger@tuckerellis.com
		chelsea.smith@tuckerellis.com

*Attorneys for Defendant Costco Wholesale Corporation, CVS Health Corporation, and Target Corporation*

2

/s/ Lisa A. Reynolds
Lisa A. Reynolds (Federal Bar No. 09385)
W. Coleman Lawrimore (Federal Bar No. 13069)
Anderson, Reynolds & Stephens, LLC
P.O. Box 87
37 ½ Broad Street
Charleston, SC 29401
Phone:		843.723.0185
Email:		lreynolds@arslawsc.com
		clawrimore@arslawsc.com


David J. Tecson (IL ARDC #6198108)
Loretto M. Kennedy (IL ARDC #6199092)
Chuhak & Tecson, P.C.
30 s. Wacker Drive, Suite 2600
Chicago, IL 60606
Phone:		312.444.9300
Email:		dtecson@chuhak.com
		lkennedy@chuhak.com

*Attorneys for Defendant Walgreens Boots Alliance, Inc.*

/s/ Robert W. Foster, Jr.
Robert W. Foster, Jr. (Federal Bar No. 875)
Scott D. MacLatchie, Jr. (Federal Bar No. 13028)
Nelson Mullins Riley & Scarborough, LLP
1320 Main Street – 17th Floor
Post Office Box 11070 (29211-1070)
Columbia, SC 29201
Phone:		803.799.2000
Email:		robbie.foster@nelsonmullins.com
		scott.maclatchie@nelsonmullins.com

and

3

        Andrew M. Connor (Federal Bar No. 11191)
        Nelson Mullins Riley & Scarborough, LLP
        151 Meeting Street, Suite 600
        Charleston, SC 29401
        Phone:      843.853.5200
        Email:       Andrew.connor@nelsonmullins.com

/s/ Eileen M. Patt
Harold P. Weinberger, admitted *pro hac vice*
Eileen M. Patt, admitted *pro hac vice*
Harry P. Morgenthau, admitted *pro hac vice*
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of Americas
New York, NY 10036
Phone:      212.715.9132
Email:       hweinberger@kramerlevin.com
              epatt@kramerlevin.com

*Attorneys for Defendant The Procter & Gamble Company*

/s/ Gray T. Culbreath
Gray T. Culbreath (Federal Bar No. 5647)
Gallivan, White & Boyd, P.A.
PO Box 7368
Columbia, SC 29202-7368
Phone:      803.779.1833
Email:       gculbreath@gwblawfirm.com

*Attorney for Wal-Mart, Inc.*

4