**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | | |
|---|---|---|
| Commissioners of Public Works of the City of Charleston, *individually and on behalf of others similarly situated*, | ) ) ) ) ) | Civil Action No. 2:21-cv-42-RMG |
| Plaintiff, | ) ) ) | **ORDER AND OPINION** |
| v. | ) ) | |
| Costco Wholesale Corporation, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

The Court conducted a status conference with counsel on September 26, 2023 and set the following deadlines for the finalization of the settlement of this case and the trial of any unresolved matters:

1. The Court was advised that Plaintiff and The Procter & Gamble Company ("P & G") have resolved all outstanding matters and have executed a proposed final settlement agreement. Plaintiff and P & G are directed to promptly file the proposed final settlement agreement and the motion for preliminary approval of class settlement.

2. Plaintiff and Defendants Costco Wholesale Corporation ("Costco"), CVS Health Corporation ("CVS"), Target Corporation ("Target") and Walgreens Boots Alliance, Inc. ("Walgreens") have advised the Court that they have reached the terms of a proposed final settlement agreement and must obtain the necessary corporate approvals to finalize the proposed settlement. These parties are directed to file on or before October 26, 2023 a proposed final settlement agreement and motion for preliminary approval of class settlement.

3.      The Court was informed that Plaintiff and Defendant Wal-mart, Inc. ("Walmart") have a few remaining items to resolve before they can prepare a proposed final settlement agreement.  Defendant Walmart advised the Court it would file a status report on or before October 3, 2023 concerning whether these outstanding issues have been resolved.  If the Plaintiff and Walmart are able to resolve the outstanding issues, they are directed file a proposed final settlement agreement and motion for preliminary approval of class settlement on or before October 26, 2023.

4.      The Court has set January 8, 2024 as the day certain trial date for any parties which have not presented the Court a proposed final settlement agreement and motion for preliminary approval of class settlement by October 26, 2023.  Jury selection will be conducted on January 8, 2024, followed immediately with the commencement of the trial.

**AND IT IS SO ORDERED**.

s/ Richard M. Gergel
Richard M. Gergel
United States District Judge

September 27, 2023
Charleston, South Carolina