UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| COMMISSIONERS OF PUBLIC WORKS OF THE CITY OF CHARLESTON (d.b.a. Charleston Water System), Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, CVS HEALTH CORPORATION, KIMBERLY-CLARK CORPORATION, THE PROCTER & GAMBLE COMPANY, TARGET CORPORATION, WALGREEN CO. and WAL-MART, INC.,<br><br>                    Defendants. | Civil Action No. 2:21-cv-00042-RMG<br><br>CLASS ACTION<br><br>PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |

Representative Plaintiff, the Commissioners of Public Works of the City of Charleston (d.b.a. "Charleston Water System") ("Plaintiff"), respectfully files this motion for an Order granting preliminary approval of the class action settlement with defendant The Procter & Gamble Company ("P&G" or "Defendant") that resolves all of Plaintiff's Released Claims against P&G during the Settlement Class Period.[1]  For the reasons set forth in the accompanying Memorandum, Plaintiff respectfully moves the Court for an Order:

1. Granting preliminary approval of the Settlement;

2. Certifying a Rule 23(b)(2) class for settlement purposes;

3. Appointing Plaintiff as Class Representative;

4. Appointing Robbins Geller Rudman & Dowd LLP and AquaLaw PLC as Class Counsel;

5. Approving the Settling Parties' proposed form and method of providing notice of the pendency of the Settlement to the Settlement Class under Rule 23(e)(2); and

6. Scheduling a Settlement hearing for final approval of (a) the Settlement set forth in the Stipulation of Settlement, and (b) Class Counsel's application for an award of attorneys' fees and expenses incurred in representing the Settlement Class.

In support of this Motion, Plaintiff incorporates by reference its Memorandum in Support and the Stipulation of Settlement and supporting Exhibits, which are filed simultaneously herewith.

DATED: October 3, 2023                     AQUALAW PLC
                                            F. PAUL CALAMITA (ID #12740)


                                            /s/ F. Paul Calamita
                                            F. PAUL CALAMITA

---

[1]  Capitalized terms not defined herein are defined in the Stipulation of Settlement, dated July 13, 2023.

6 South Fifth Street
Richmond, VA 23219
Telephone: 804/716-9021
804/716-9022 (fax)
paul@aqualaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
VINCENT M. SERRA (admitted *pro hac vice*)
FRANCIS P. KARAM (admitted *pro hac vice*)
WILLIAM A. MASSA
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
vserra@rgrdlaw.com
fkaram@rgrdlaw.com
wmassa@rgrdlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 3, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

                                            */s/ F. Paul Calamita*

AQUALAW PLC
F. PAUL CALAMITA (ID #12740)
6 South Fifth Street
Richmond, VA  23219
Telephone:  804/716-9021
804/716-9022 (fax)
paul@aqualaw.com