# UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH CAROLINA

### CHARLESTON DIVISION

| | |
|---|---|
| COMMISSIONERS OF PUBLIC WORKS OF THE CITY OF CHARLESTON (d.b.a. Charleston Water System), Individually and on Behalf of All Others Similarly Situated,<br><br>                       Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, CVS HEALTH CORPORATION, KIMBERLY-CLARK CORPORATION, THE PROCTER & GAMBLE COMPANY, TARGET CORPORATION, WALGREEN CO. and WAL-MART, INC.,<br><br>                       Defendants. | Civil Action No. 2:21-cv-00042-RMG<br><br>CLASS ACTION<br><br>PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENTS |

Representative Plaintiff, the Commissioners of Public Works of the City of Charleston (d.b.a. "Charleston Water System") ("Plaintiff"), respectfully files this motion for an Order granting preliminary approval of the class action settlements with Costco Wholesale Corporation, CVS Health Corporation, Target Corporation, Walgreen Co., and Wal-Mart, Inc. (collectively, the "Settling Defendants") (collectively with Plaintiff, the "Parties") that resolves all of Plaintiff's Released Claims against the Settling Defendants during the Settlement Class Period.[1]  For the reasons set forth in the accompanying Memorandum, Plaintiff respectfully moves the Court for an Order:

1. Granting preliminary approval of the Settlements;

2. Certifying a Rule 23(b)(2) class for settlement purposes;

3. Appointing Plaintiff as Class Representative;

4. Appointing Robbins Geller Rudman & Dowd LLP and AquaLaw PLC as Class Counsel;

5. Approving the Parties' proposed form and method of providing notice of the pendency of the Settlements to the Settlement Class under Rule 23(e)(2); and

6. Scheduling a Settlement hearing for final approval of (a) the Settlements set forth in the Stipulations of Settlement, and (b) Class Counsel's application for an award of attorneys' fees and expenses incurred in representing the Settlement Class.

In support of this Motion, Plaintiff incorporates by reference its Memorandum in Support and the Stipulations of Settlement and supporting Exhibits, which are filed simultaneously herewith.

---

[1] Capitalized terms not defined herein are defined in the Stipulations of Settlement, dated October 11, 2023 and October 26, 2023.

| | |
|---|---|
| DATED: October 26, 2023 | AQUALAW PLC<br>F. PAUL CALAMITA (ID #12740) |

*/s/ F. Paul Calamita*
F. PAUL CALAMITA

6 South Fifth Street
Richmond, VA  23219
Telephone:  804/716-9021
804/716-9022 (fax)
paul@aqualaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
VINCENT M. SERRA (admitted *pro hac vice*)
FRANCIS P. KARAM (admitted *pro hac vice*)
WILLIAM A. MASSA
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
vserra@rgrdlaw.com
fkaram@rgrdlaw.com
wmassa@rgrdlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 26, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

*/s/ F. Paul Calamita*
AQUALAW PLC
F. PAUL CALAMITA (ID #12740)
6 South Fifth Street
Richmond, VA  23219
Telephone:  804/716-9021
804/716-9022 (fax)
paul@aqualaw.com