UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| COMMISSIONERS OF PUBLIC WORKS OF THE CITY OF CHARLESTON (d.b.a. Charleston Water System), Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, CVS HEALTH CORPORATION, KIMBERLY-CLARK CORPORATION, THE PROCTER & GAMBLE COMPANY, TARGET CORPORATION, WALGREEN CO. and WAL-MART, INC.,<br><br>                      Defendants. | Civil Action No. 2:21-cv-00042-RMG<br><br>CLASS ACTION<br><br>MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AN AWARD OF ATTORNEYS' FEES AND EXPENSES |

PLEASE TAKE NOTICE that Plaintiff, the Commissioners of Public Works of the City of Charleston (d.b.a. "Charleston Water System") ("Plaintiff"), on behalf of itself and all other Settlement Class Members, through Class Counsel Robbins Geller Rudman & Dowd LLP ("Robbins Geller") and AquaLaw PLC ("AquaLaw"), will move this Court on March 8, 2024 at 10:00 a.m., before The Honorable Richard M. Gergel, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for entry of a Final Order and Judgment approving the proposed Settlement as fair, reasonable, and adequate and finally certifying the Settlement Class. Class Counsel will also move this Court for an order awarding the requested attorneys' fees and expenses.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Plaintiff submits and is filing herewith: (i) Plaintiff's Memorandum of Law in Support of: (1) Plaintiffs' Motion for Final Approval of Class Action Settlements; and (2) Class Counsel's Application for an Award of Attorneys' Fees and Expenses; (ii) the Joint Declaration of Vincent M. Serra and F. Paul Calamita in Support of Plaintiff's Motion for Final Approval of Class Action Settlements and an Award of Attorneys' Fees and Expenses; (iii) the Declaration of Vincent M. Serra Filed on Behalf of Robbins Geller in Support of Application for Award of Attorneys' Fees and Expenses; (iv) the Declaration of Frank P. Calamita Filed on Behalf of AquaLaw in Support of Application for Award of Attorneys' Fees and Expenses; (v) the Declaration of Mark Cline on Behalf of Charleston Water System; and (vi) the Declaration of Ross D. Murray Regarding Notice Dissemination and Publication.

Proposed Orders will be submitted with Plaintiff's reply submission after the deadlines for objecting and seeking exclusion have passed.

DATED: January 31, 2024                         AQUALAW PLC
                                                F. PAUL CALAMITA (ID #12740)


                                                /s/ F. Paul Calamita
                                                F. PAUL CALAMITA

6 South Fifth Street
Richmond, VA 23219
Telephone: 804/716-9021
804/716-9022 (fax)
paul@aqualaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
VINCENT M. SERRA (admitted *pro hac vice*)
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
vserra@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
FRANCIS P. KARAM (admitted *pro hac vice*)
30 Vesey Street, Suite 200
New York, NY 10007
Telephone: 212/432-5100
fkaram@rgrdlaw.com

*Attorneys for Plaintiff*

- 2 -